DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**2295 EAST IRLO HOLDINGS, LLC,**
Appellant,

v.

**NIKKI LEVY INTERIORS, LLC,**
Appellee.

No. 4D21-3057

[March 24, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case No. 502021SC014910.

Jason S. Weiss of Weiss Law Group, P.A., Coral Springs, for appellant.

Geoffrey M. Cahen of Cahen Law, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***